IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RANDY WOLLENMANN,

    Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:24-cv-12507

Judge Andrea R. Wood

Magistrate Judge Beth W. Jantz

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 1 | hong lu ke ji |
| 3 | bao xue wan ju |
| 4 | Almencla US |
| 5 | Sportyzen |
| 8 | BVLGERY |
| 9 | Linyixingchen |
| 10 | LazyFold Direct |
| 15 | □□001 |
| 16 | SNOWKITTEN |
| 17 | Tachiuwa |
| 18 | GUOOL |
| 19 | S SERENABLE |
| 20 | Kiteky store |
| 21 | Elbeaqi |
| 22 | SUXIAN |
| 23 | Windluke |
| 24 | Alvkcefs |
| 25 | UHGXA |
| 26 | WINGIH |
| 27 | JHGoosa |
| 28 | Liuanngg |

| 31 | YhgjiYYU |
|---|---|
| 32 | GIIHGE LLC |
| 33 | CAKVIICA INC |
| 34 | ZBBMUYHGSA |
| 35 | eialdjld |
| 36 | LZWHSGPOIUFJ |
| 37 | HAOMONZEN |
| 38 | Guhui Co., Ltd. |
| 41 | HYanGa |
| 42 | UJHHAX |
| 43 | Lemononstore |
| 44 | Lxhmsndhaw |
| 45 | Lkzmdpt Larmly |
| 46 | WULJFENG |
| 47 | Uikceten |
| 48 | HYUERMEN |
| 49 | MEIDING |
| 50 | HLKJKLS |
| 51 | ZXIPN |
| 52 | Nest & Nook |
| 53 | Haixi Store Co., Ltd. |
| 54 | BIZHUA |
| 55 | AGXAP |
| 57 | Jinxunya Co., Ltd. |
| 58 | GOUYUEDUO |
| 61 | YCenADP |
| 62 | Purowzwe |
| 64 | HGEGPO |
| 65 | luozheng |
| 66 | YEHGEQ |
| 67 | LNNGHJ |
| 69 | HUOWAHWJJ |
| 70 | LIJUNHE |
| 71 | SYCMKUH |
| 72 | BAOLIANKE |
| 73 | Hinati |
| 74 | QQUAO |
| 76 | Zynic |
| 77 | Adzgya |
| 78 | Bbyt |
| 80 | GONGJISEY |
| 81 | Rainy store |
| 83 | NLSDQEY |
| 85 | WIURAY |
| 86 | HWOAHHHWU |
| 87 | Home Chic |
| 88 | Ynlkorvg |

| | |
|---|---|
| 89 | YFVVCZC |
| 91 | HongchengLong Co., LTD |
| 92 | Beneky store |
| 93 | QCSshou |
| 94 | Fimeskey |
| 95 | OYLCBNYH |
| 96 | Huayishang |
| 97 | Hilingoto |
| 98 | hgeweg |
| 100 | WFMBUH |
| 101 | Beppter Learning |
| 102 | Blmiede |
| 104 | JKLOP |
| 105 | Nomeni |
| 107 | huhuzaio INC |
| 108 | Yuoaen |
| 109 | Nehiwhazk |
| 110 | befightstore |
| 111 | marioyuzhang |
| 112 | LYNDZGS |
| 113 | Ggdda |
| 114 | RTjhglhi |
| 115 | XINJINGDI |
| 116 | Fenull store |
| 117 | Warm Heart Home |
| 118 | haoxuanTTT |
| 119 | Zainafacai |
| 120 | Hoyonono |
| 121 | GHEPOI LLC |
| 122 | NCWSO |
| 123 | LAILLSH |
| 124 | Fuheng Electronics Co., LTD |
| 125 | Trending in Melotizhi |
| 126 | WANSPRINE |
| 127 | YEGHUN |
| 128 | zmaxnsur |
| 129 | bgageg |
| 131 | SWSUSNHOMEPRODUCT |
| 132 | Home Inspirations |
| 133 | PKJHGA |
| 135 | XLZMUHYTGS |
| 136 | YOUlIAN Co.Ltd |
| 138 | XDXSSM |
| 139 | Wookpyhgt |
| 140 | LYGFSRDX |
| 141 | Riluanmi |
| 142 | shiyuyuan! |

| 144 | XYCHGRA |
|---|---|
| 145 | yhgenq |
| 146 | Nallwabiu |
| 147 | AdXKenry |
| 148 | OJGEha |
| 149 | NAYUEO STORE |
| 150 | Hanzidakd Clothing |
| 151 | Shiogb |
| 152 | piaybook |
| 153 | Yiyibai |
| 154 | XunRui |
| 155 | Jingzi Co., LTD |
| 156 | PYPESEEWY |
| 159 | IHEAUNA |
| 160 | fakittoc |
| 163 | DIANPKJ Co.Ltd |
| 164 | SLHLJlin |
| 165 | BONTRM |
| 167 | Weidong Co., Ltd. |
| 168 | WOZHILAKA |
| 169 | Lxmnhdba |
| 170 | stars. |
| 171 | Sagestore |
| 172 | ALOFUN Co.ltd |
| 173 | guangzhoufudamaoyiyouxiangongsi |
| 174 | HEWANN HOME |
| 175 | ANHUANL |
| 177 | Ttybhh |
| 178 | Lthmhdga |
| 180 | Cozy Interiors |
| 181 | HEXANG HOME |
| 182 | WAHIUHIUA |
| 183 | FFUKOV |
| 184 | Miayilima |
| 185 | Sunhillsgrace.Co. Ltd |
| 186 | XEEJARUI |
| 187 | YOUPINEG |
| 189 | GuiwaiCommerce |
| 191 | Hunei |
| 192 | HGEIJLP |

DATED: February 21, 2025          Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on February 21, 2025 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                        */s/ Keith A. Vogt*
                                        Keith A. Vogt